IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. C 13-80082 WHA

IN THE MATTER OF

**ORDER OF SUSPENSION**

Allyson Erwin De Guzman Bautista – #202023

　/

    Because Allyson Erwin De Guzman Bautista has failed to respond to the order to show cause, Ms. Bautista's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated:   September 3, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE