IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Allyson Erwin De Guzman Bautista –
#202023

　　　　　　　　　　　　　　　　　　　/

No. C 13-80082 WHA

**ORDER OF SUSPENSION**

　　Because Allyson Erwin De Guzman Bautista has failed to respond to the order to show cause, Ms. Bautista's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated:   September 3, 2013.

　　　　　　　　　　　　　　　　　　　　
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE